**Motion Granted and Order filed February 4, 2020.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-19-00432-CR
_____

## OSCAR MEJIA, Appellant

V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 208th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1466767**

## ORDER

Appellant is represented by appointed counsel, Allen Isbell. Appellant's brief was originally due October 9, 2019. We have granted a total of 90 days to file appellant's brief until January 8, 2020. On January 8, 2020, counsel filed a further motion to extend time to file appellant's brief.

We GRANT the motion to extend time and issue the following order.

Accordingly, we order Allen Isbell to file a brief with the clerk of this court on or before February 7, 2020. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason the brief was not timely filed and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.